UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS JAMES SWALLOW,<br><br>Defendant. | 5:24-CR-50014-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On February 10, 2025, defendant, Louis James Swallow, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment that charges him with Sexual Abuse, in violation of 18 U.S.C. §§ 1153, 2243(3), and 2246(2)(A). Docket 38. Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 38) is adopted. The defendant is adjudged guilty of Sexual Abuse, in violation of 18 U.S.C. §§ 1153, 2243(3), and 2246(2)(A). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on May 1, 2025, at 3:00 p.m. in Rapid City, Courtroom 2.

Dated February 11, 2025.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE